**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-181-FDW-DCK**

| | |
|---|---|
| **ANTOINETTE JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     <u>**ORDER**</u> |
| | ) |
| **ADDI KORI, INC., BIG C INC., and COREY HEADEN,** | ) |
| | ) |
| **Defendants**. | ) |
| | ) |

THIS MATTER IS BEFORE THE COURT on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Josh Krasner, concerning Gregg Cohen Greenberg, on May 21, 2021. Gregg Cohen Greenberg seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Gregg Cohen Greenberg is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: May 21, 2021

David C. Keesler
United States Magistrate Judge