IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-181-FDW-DCK

| ANTOINETTE JOHNSON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| ADDI KORI, INC., BIG C INC., and CORY HEADEN, | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the joint "Motion For Stay Of Proceedings" (Document No. 12) filed July 28, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that the joint "Motion For Stay Of Proceedings" (Document No. 12) is **DENIED**.

**IT IS FURTHER ORDERED** that the undersigned will *sua sponte* allow Defendants a short extension of time to answer or otherwise respond to Plaintiff's Complaint. Defendants shall have up to and including **August 23, 2021** to file an Answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED**.

Signed: July 29, 2021

David C. Keesler
United States Magistrate Judge