UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00181-FDW-DCK

| | |
|---|---|
| ANTOINETTE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ADDI KORI, INC. *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on the Joint Motion for Judicial Approval of Settlement and Dismissal of Action with Prejudice ("**Joint Motion**") (Doc. No. 16) filed by Plaintiff on September 10, 2021. Having reviewed the Joint Motion, the Settlement Agreement and Release attached as Exhibit 1 to the Joint Motion (the "**Settlement Agreement**") (Doc. No. 16-1), the pleadings, other filings in this matter, and the positions of counsel, it is hereby ORDERED that:

1. The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute over the application of the Fair Labor Standards Act;

2. The Court APPROVES the terms of the Settlement Agreement, and the Joint Motion (Doc. No. 16) is GRANTED;

3. This matter is hereby DISMISSED WITH PREJUDICE in its entirety, and the CLERK is respectfully directed to CLOSE THE CASE; and

4. Each party shall be responsible to pay its own costs, disbursements, and attorneys' fees incurred in connection with this matter, except to the extent otherwise provided in the Settlement Agreement.

IT IS SO ORDERED.

Signed: October 28, 2021

Frank D. Whitney
United States District Judge